**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 98-10050
Summary Calendar

_____

AMOS HOWARD,

Plaintiff-Appellant,

VERSUS

UNIVERSITY OF NORTH TEXAS
HEALTH SCIENCE CENTER AT FORT WORTH,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas

_____

August 19, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed on the basis of

the district court's thorough order of June 9, 1997.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.